**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD SMEGO, | ) | |
| | ) | |
| Serving Party, | ) | |
| | ) | |
| v. | ) | Case No. 14-8541 |
| | ) | |
| ADDUS HEALTHCARE INC. | ) | Hon. Edmond E. Chang |
| | ) | |
| Responding Party. | ) | |

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| RICHARD SMEGO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 08-cv-3142 |
| v. | ) | |
| | ) | Hon. Sue E. Myerscough |
| DR. JACQUELINE MITCHELL, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE on Monday, November 3, 2014, at 8:30 a.m., we will appear before the Honorable Edmond E. Chang in Courtroom 2119 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and pursuant to LR 5.3 present the Plaintiff Richard Smego's Motion to Enforce Subpoena, a copy of which is attached and hereby served on you.

Dated: October 29, 2014 Respectfully submitted,

By: /s/ Brian O. Watson
Matthew C. Crowl
Ann H. MacDonald
Douglas G. Snodgrass
Brian O. Watson
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois 60606
Phone: (312) 258-5500
Fax: (312) 258-5600

*Counsel for Plaintiff Richard Smego*

## **CERTIFICATE OF SERVICE**

The undersigned attorney certifies that before 4:00 p.m. on October 30, 2014, he caused copies of these papers to be served under LR 5.3 by personal delivery to:

Addus Healthcare, Inc.
c/o Michele Bender
2300 Warrenville Road
Downers Grove, IL 60515

Addus Healthcare, Inc.
c/o Illinois Corporation Service
801 Adlai Stevenson Dr.
Springfield, IL 62703

Robert P. Vogt
Bethany S. Campbell
WELDON LINNE & VOGT
20 South Clark Street, Suite 2050
Chicago, IL 60603
Phone: 312-236-5151
Fax: 312-236-5161
*Counsel for Defendant Jacqueline Mitchell*

/s/ Brian O. Watson
Brian O. Watson

46217-0000
CH2\15466209.1